IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

C. J., Natural Mother of:
D.M.L.K.J.,
P.V.L.D.J.,
W.B.J. Jr.,
D.M.K.J.,
G.L.A.J., Minor Children,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-4605

     Appellant,

v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

     Appellee.

_____/

Opinion filed September 18, 2014.

An appeal from the Circuit Court for Santa Rosa County.
John F. Simon, Jr., Judge.

Randall A. Werre of Werre Law Firm, P.A., Milton, and Richard D. Cserep, Pensacola, for Appellant.

Dwight O. Slater, Appellate Counsel, Children's Legal Services, Department of Children and Families, Tallahassee, and Kelley Schaeffer, Appellate Counsel, Guardian ad Litem Program, Sanford, for Appellee.

PER CURIAM.

     AFFIRMED.

PADOVANO, THOMAS, and CLARK, JJ., CONCUR.